# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00642-NYW

DOUGLAS STEPHENS,

    Plaintiff,

v.

OFFICER JONATHAN MAZZELLA,
Rangely Policy Department, in his personal capacity,

    Defendant.

## ORDER SETTING STATUS CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM

This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

IT IS ORDERED:

1. The court shall hold a Status Conference on:

**May 17, 2016 at 9:30 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

2. The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**May 3, 2016**

DATED: March 24, 2016

                                       BY THE COURT:

                                       s/Nina Y. Wang_____
                                       United States Magistrate Judge